Merrimack, ?
Dec., 1894. §

McCONNELL *v.* FLANDERS.

TRESPASS, with a count in trover, for the plaintiff's crops, attached in a suit against him by the defendant as a deputy sheriff, the greater part of which were destroyed without the

---

* See foot-note on page 22.

defendant's fault, and the remainder sold by the defendant on the writ. The crops when attached were growing, and were harvested by the defendant at a reasonable expense, which was more than the value of the portion sold. Judgment having been ordered for the defendant, the plaintiff excepted, and moved to amend by inserting a count in assumpsit.

*Harry G. Sargent*, for the plaintiff.

*Sylvester Dana* and *Bingham & Mitchell*, for the defendant.

WALLACE, J. Tort cannot be maintained. A majority of the court are of the opinion that justice does not require the allowance of the amendment.

*Exceptions overruled.*

CLARK, J., did not sit.